## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF MISSOURI
### EASTERN DIVISION

| | |
|---|---|
| MARILYN MARGULIS                )<br>                                                        )<br>        Plaintiff,                         )<br>v.                                                 )<br>                                                        )<br>PROBITY BROTHERS, LLC,     )<br>MATTHEW T. BROWN,           )<br>and                                              )<br>ASSURE CALL, LLC,               )<br>                                                        )<br>        Defendants.                     )<br>_____)<br>                                                        )<br>PROBITY BROTHERS, LLC, and )<br>MATTHEW T. BROWN,           )<br>                                                        )<br>        Third-Party Plaintiffs,       )<br>                                                        )<br>v.                                                 )<br>                                                        )<br>ASSURE CALL, LLC, a Delaware limited )<br>liability company,                       )<br>                                                        )<br>        Third-Party Defendant.    )  | Case No. 4:17- cv-01355-JMB |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE REGARDING PLAINTIFF MARILYN MARGULI'S CLAIMS AGAINST DEFENDANTS PROBITY BROTHERS, LLC AND MATTHEW T. BROWN

Pursuant to Federal Rule of Civil Procedure Rule 41(a)(1)(A)(ii), the undersigned counsel hereby stipulate that the claims of Plaintiff Marilyn Margulis against Probity Brothers, LLC and Matthew T. Brown are dismissed in their entirety **WITH PREJUDICE**, all parties to bear their own costs.

1

| | |
|---|---|
| SEEN AND AGREED: | SEEN AND AGREED: |

| | | | |
|---|---|---|---|
| /s/ Max G. Margulis  (w/consent) | | /s/ Jeffrey C. Klaus | |
| Max G. Margulis | #24325MO | Peter C. Sullivan | #64188MO |
| **MARGULIS LAW GROUP** | | Jeffrey C. Klaus | #67017MO |
| 28 Old Belle Monte Rd. | | **LASHLY & BAER, P.C.** | |
| Chesterfield, MO 63017 | | 714 Locust St. | |
| P:  (636) 536-7022 - Residential | | St. Louis, MO 63101-1699 | |
| F:  (636) 536-6652 - Residential | | 314-436-8392 – Telephone | |
| E-Mail: MaxMargulis@MargulisLaw.com | | 314-621-6844 – Facsimile | |
| | | jklaus@lashlybaer.com, | |
| *Attorney for Plaintiff Marilyn Margulis* | | psullivan@lashlybaer.com | |

*Attorneys for Defendants*
*Probity Brothers, LLC and Matthew T. Brown*


## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 21, 2017, the foregoing was electronically filed with the Clerk of the Court for the United States District Court for the Eastern District using the Clerk's CM/ECF filing system, with service on all interested parties receiving electronic notification of such filing.

                                                                                                    /s/ Jeffrey C. Klaus